**T. L. Weaver and S. P. Weaver, trading as Weaver Brothers, appellants, v. Sears-Roebuck & Company, trading as Rosemary Pine Lumber Mills, appellee. Gen. No. 31,525.**

Action to recover for goods sold and delivered. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed March 14, 1927.

Herbert A. Schryver, for appellants. Lewis, Adler, Lederer & Kahn, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Inter-State University of Science, appellee, v. E. Blumenthal and E. G. Trowbridge, appellants. Gen. No. 31,581.**

Action on promissory note. Judgment for plaintiff on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed March 14, 1927.

Leesman & Roemer, for appellants. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Mary B. Eichin, administratrix of the estate of Charles L. Eichin, deceased, complainant and appellee, v. John F. Eichin et al., defendants, on appeal by Fred C. Eichin and Godlip A. Buresh, appellants. Gen. No. 31,080.**

Bill for discovery, accounting, injunction, receiver. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1926. Affirmed. Opinion filed March 29, 1927.

Jess S. Raban, for appellants. Perley H. Bishop, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Alvina Gercke, plaintiff in error, v. William Gercke, defendant in error. Gen. No. 31,149.**

Writ to review divorce decree so far as it affects complainant's property rights. Error to the Superior Court of Cook county; the Hon. Joseph Sabath, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Cause transferred to the Supreme Court. Opinion filed March 29, 1927.

E. W. Adkinson, for plaintiff in error. Ziv, Loomis & Silvertrust, for defendant in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.